IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03106-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   May 29, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                      *Counsel:*

TERRINA GALLEGOS,                                           Christopher R. Dugan

    Plaintiff,

v.

ROCKY MOUNTAIN CHIROPRACTIC                 Keith E. Frankl
CORPORATION, *et al.,*                                       Joseph P. Ramos, Jr.
PREMIERCARE  INJURY SERVICES,              Aaron M. Bailey
LLC, and
UNITED STATES DEPARTMENT OF
THE TREASURY, INTERNAL REVENUE
SERVICE,

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      9:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and counsel regarding the pending **United States' MOTION to Compel Responses to Discovery Requests and to Shorten Time to Respond** [Doc. No. 36, filed 5/24/13].  In light of Defendant Rocky Mountain Chiropractic Corporation's **RESPONSE to Motion to Compel Discovery and Shorten Time Period** [Doc. No. 38, filed 5/28/13], Defendant United States Department of the Treasury, Internal Revenue Service makes an oral motion to withdraw their Motion to Compel.

    **ORDERED:**            Defendant United States Department of the Treasury, Internal Revenue Service's oral motion to withdraw **United States' MOTION to Compel Responses to Discovery Requests and to Shorten Time to Respond**

[Doc. No. 36, filed 5/24/13] is **GRANTED.**

Discussion between the court and counsel regarding whether the case can be resolved on a motion for summary judgment or by trial. The parties believe the case will be resolved on a motion for summary judgment. The court notes the dispositive motion deadline and states there is no need to set a Final Pretrial Conference at this time.

HEARING CONCLUDED.

**Court in recess:**    **9:08 a.m.**
Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.