**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03106-PAB-CBS

TERRINA GALLEGOS,

    Plaintiff,

v.

ROCKY MOUNTAIN CHIROPRACTIC CORPORATION,
PREMIERCARE INJURY SERVICES, LLC, and
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 49] of Judge Philip A. Brimmer entered on February 27, 2014, it is

    **ORDERED** that United States' Motion for Summary Judgment [Docket No. 40] filed by defendant INTERNAL REVENUE SERVICE is **GRANTED**.  It is

    **FURTHER ORDERED** that Defendant Rocky Mountain Chiropractic and PremierCare Injury Services [sic] Motion for Summary Judgment [Docket No. 41] is DENIED.  It is

    **FURTHER ORDERED** that The Sawaya Law Firm shall deposit a check in the amount of $5,000 for the medical payments coverage in the registry of the Court.  It is

**FURTHER ORDERED** that the Clerk of Court shall issue a check to defendant INTERNAL REVENUE SERVICE in the amount of $5,000.  It is

**FURTHER ORDERED** that the Motion for Attorney Fees and Costs and to Deposit Funds [Docket No. 42] filed by The Sawaya Law Firm is GRANTED in part. Plaintiff TERRINA GALLEGOS is awarded $5,179.57–the proceeds remaining from plaintiff's settlement with GEICO–in attorney's fees and costs.  It is

**FURTHER ORDERED** that defendants shall bear their own costs.  It is

**FURTHER ORDERED** that this case is CLOSED.

Dated at Denver, Colorado this 28th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk